STATE OF NEW JERSEY v. SCOTT MAGUIRE.

Oct. 30, 1979.  Petition for certification denied.  (See 168 *N.J.Super.* 109)

ALBERT A. WALTZ v. CHARLES B. SCHINDELAR.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR LAMB.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. DAVID COLLINS.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT REDDY.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD BRAYBOY.

Oct. 30, 1979.  Petition for certification denied.